[No. 36069-8-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KRIS
STEPHEN HOWE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01314-5, JoAnne Alumbaugh, J., entered
January 6, 1995. *Reversed* by unpublished opinion per
Webster, J., concurred in by Grosse and Cox, JJ.

[Nos. 36452-9-I; 36485-5-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CINQUE
RICHARD GARRETT, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for King
County, Nos. 94-1-05056-3, 94-1-05057-1, Norma Smith
Huggins, J., entered April 14 and April 24, 1995. *Affirmed*
by unpublished opinion per Grosse, J., concurred in by
Cox and Ellington, JJ.

[No. 36481-2-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK
DERRELL SANDERS, *Defendant*, ODIS GREGORY HOLT,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07807-7, Richard M. Ishikawa, J., entered
April 6, 1995. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.

[Nos. 37484-2-I; 38880-1-I.    Division One.    September 22, 1997.]

TED WHITE, *Appellant*, v. NORTHWEST DEFENDERS
ASSOCIATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-4-04288-5, Richard Eadie, J., entered
September 19, 1995. *Affirmed as modified* by unpublished
opinion per Becker, J., concurred in by Baker, C.J., and
Cox, J.